■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT M. MARTLING, Appellant. — Appeal by defendant, as limited by his motion, from a resentence of the County Court, Nassau County (Lawrence, J.), imposed December 21, 1979. Resentence affirmed. No opinion. Mollen, P. J., Hopkins, Damiani and Titone, JJ., concur.